City of St. Louis v. White.

---

THE CITY OF ST. LOUIS, *Appellant*, v. WHITE.

The case of *The City of St. Louis v. Marchel*, *ante*, p. 475, affirmed.

APPEAL DISMISSED.

*Leverett Bell* for appellant.

*Wm. A. Fisse* for respondent.

BARCLAY, J.—In this cause the city has appealed from a judgment of the St. Louis court of criminal correction in favor of the defendant. The same facts are

presented as those considered by this court in the case of *City of St. Louis v. Marchel, ante*, p. 475, and in accordance with the ruling therein made the appeal by the plaintiff in this case is dismissed. All concur.